**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.     **CV 25-7021-JFW(ASx)**                                           Dated: September 26, 2025

Title:        Ladelle Dewann Jackson -v- General Motors, LLC

---

**PRESENT:**

      **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**         **ATTORNEYS PRESENT FOR DEFENDANTS:**
         None                                                                           None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND [filed 8/29/25; Docket No. 23]**

     Plaintiff's Motion to Remand is currently on calendar for September 29, 2025, at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for September 29, 2025, is hereby vacated and the matter is taken off calendar.  The matter will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

     IT IS SO ORDERED.

Initials of Deputy Clerk   sr